UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**SPACEREXPRESS LLC and SIDE FOLD MEDIA INC.,**
Plaintiffs,

8:25-cv-510-JLB-CPT

v.

MAR 3 2025 PM 1:28
FILED - USDC - FLMD - TPA

**PARS TEAM LLC,**
Defendant.

**REVISED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiffs SpacerExpress LLC and Side Fold Media Inc., by and through their undersigned counsel, bring this action against Defendant Pars Team LLC and allege as follows:

## NATURE OF THE ACTION

This is a civil action arising from the Defendant's fraudulent filing of a trademark application for the name "South Beach Skin Lab" (Serial No. 98703700) and misuse of Amazon's Brand Registry, causing significant financial damages, reputational harm, and operational disruption to the Plaintiffs. Plaintiffs bring claims for trademark infringement, false designation of origin, unfair competition under the Lanham Act (15 U.S.C. §1125 et seq.), fraud, and tortious interference under state law.

## PARTIES

1. **Plaintiff SpacerExpress LLC** is a New Jersey limited liability company with its principal place of business at 1 Donlonton Circle, Chesterfield NJ, 08515. SpacerExpress LLC is an authorized distributor of products under the legitimate trademark "South Beach SkinLab" (Serial Number 97928621), as confirmed by a Letter of Authorization dated December 30, 2024.
2. **Plaintiff Side Fold Media Inc.** is a Canadian corporation with its principal office located at 250 - 1231 Pacific Ave, Vancouver, BC, Canada. Side Fold Media Inc. owns the legitimate trademark "South Beach SkinLab" (Serial Number 97928621), duly registered with the United States Patent and Trademark Office (USPTO).
3. **Defendant Pars Team LLC** is a Florida limited liability company with its principal place of business at 7901 4th St N, Suite 300, St. Petersburg, Florida, 33702. Upon information and belief, Pars Team LLC was created using a Florida registered agent service to conceal the true nature and operations of its business, which are primarily conducted under the address:

- ○ **ACIBADEM MAH. ASALET SK. INTA SITE 6, NO: 4 IC KAPI NO: 52, ISTANBUL, 34600, TURKEY.**
4. Defendant's Amazon business, including sales and management activities related to "South Beach Skin Lab" products, is linked to this Istanbul address. Despite being registered as a Florida LLC, the operational base of the Defendant's e-commerce activities is located outside the United States, further demonstrating an attempt to shield its true identity and avoid accountability for fraudulent actions.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1121 because this action arises under the Lanham Act.
2. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §1367.
3. Venue is proper in this District under 28 U.S.C. §1391 because the Defendant resides in this District and the acts giving rise to this Complaint occurred in this District, specifically within the Tampa Division of the Middle District of Florida, where Defendant's LLC is registered. The Defendant's use of a Florida LLC as a shell entity further supports the appropriateness of this venue.

## FACTUAL ALLEGATIONS

1. Plaintiff Side Fold Media Inc. is the registered owner of the trademark "South Beach SkinLab" (Serial Number 97928621), which covers a range of skincare products, including non-medicated creams and serums.
2. Plaintiff SpacerExpress LLC is an authorized distributor of South Beach SkinLab products, with authorization explicitly stated in a Letter of Authorization dated December 30, 2024. This authorization includes the right to list and distribute products on e-commerce platforms and respond to disputes regarding the trademark.
3. On or about August 17, 2024, Defendant Pars Team LLC fraudulently filed a trademark application (Serial Number 98703700) for "South Beach Skin Lab," using false information and unsupported claims of use in commerce.
4. Defendant subsequently enrolled the fraudulent trademark in Amazon's Brand Registry and activated the Transparency Program to block authorized distributors, including SpacerExpress LLC, from listing genuine South Beach SkinLab products.
5. As a result of Defendant's misuse, Amazon confiscated $59,472 worth of SpacerExpress LLC's inventory under the pretext of improper labeling. This caused severe financial harm and operational disruption.
6. Evidence from Amazon's Brand Registry interface confirms that the fraudulent trademark (Serial Number 98703700) is already enrolled, blocking SpacerExpress LLC and other

authorized distributors from accessing the platform to sell genuine products【42†source】【43†source】.

7. An Amazon order receipt (Order #111-5355164-4005035) further demonstrates that Defendant sold South Beach SkinLab products through their storefront under the seller name UMUT SUBASI. This unauthorized sale of products reinforces Defendant's fraudulent misuse of the trademark and Brand Registry【43†source】.
8. Amazon's Transparency Program flagged SpacerExpress LLC's inventory as non-compliant due to serial number discrepancies, as evidenced by communications from Amazon Seller Performance Team dated December 6, 2024. The flagged ASIN, "Repair and Release Cream - 1 Oz.," was incorrectly labeled as counterfeit despite SpacerExpress LLC's possession of authorized inventory【63†source】【64†source】.
9. Further investigation revealed that Defendant Pars Team LLC uses its Istanbul address for managing its Amazon e-commerce activities while maintaining a Florida LLC registration to create the appearance of legitimacy. This discrepancy highlights a deliberate effort to defraud both U.S.-based businesses and consumers.
10. Plaintiffs notified Defendant's attorney, Lillian K. Khosravi, of these fraudulent activities. Despite multiple notices, Ms. Khosravi failed to address the matter adequately, demonstrating either complicity or negligence in ensuring the lawful use of the trademark application.
11. Communications with Bryce Rieger, Co-Founder of Side Fold Media Inc., confirm the original trademark holder's issues with maintaining the brand registry due to inconsistencies in Amazon's system. Mr. Rieger expressed willingness to assist SpacerExpress LLC in resolving the matter and reclaiming the confiscated inventory【61†source】【62†source】.

## CAUSES OF ACTION

### Count I: Trademark Infringement (15 U.S.C. §1114)

1. Plaintiffs repeat and reallege the allegations in paragraphs 1 through 14 as if fully set forth herein.
2. Defendant's unauthorized use of the "South Beach SkinLab" mark in commerce is likely to cause confusion, mistake, or deception among consumers.
3. Plaintiffs have been damaged by Defendant's infringement and seek monetary damages and injunctive relief.

### Count II: False Designation of Origin (15 U.S.C. §1125)

1. Plaintiffs repeat and reallege the allegations in paragraphs 1 through 17 as if fully set forth herein.

2. Defendant's actions constitute a false designation of origin, which is likely to confuse or deceive consumers about the source of the products.

### Count III: Unfair Competition (Lanham Act)

1. Plaintiffs repeat and reallege the allegations in paragraphs 1 through 19 as if fully set forth herein.
2. Defendant's unauthorized use of the mark constitutes unfair competition, damaging Plaintiffs' business and reputation.

### Count IV: Fraud

1. Plaintiffs repeat and reallege the allegations in paragraphs 1 through 21 as if fully set forth herein.
2. Defendant knowingly made false representations to the USPTO and Amazon to gain illegitimate control over the "South Beach SkinLab" trademark.
3. Defendant's fraudulent actions have directly caused significant financial harm and reputational damage to Plaintiffs.

### Count V: Tortious Interference

1. Plaintiffs repeat and reallege the allegations in paragraphs 1 through 23 as if fully set forth herein.
2. Defendant's actions intentionally interfered with Plaintiffs' contractual and business relationships, causing substantial financial harm.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant as follows:

1. A preliminary and permanent injunction enjoining Defendant from using the "South Beach SkinLab" trademark or any similar mark in commerce.
2. An order requiring Defendant to remove all unauthorized listings on Amazon and other e-commerce platforms.
3. Compensatory damages in an amount to be proven at trial, including $59,472 for lost inventory.

4. Restitution in the amount of $500,000 to SpacerExpress LLC for damages caused by Defendant's fraudulent and harmful actions, including significant financial losses during Q4 of the e-commerce calendar. Q4, encompassing October through December, is the most critical and profitable period for Amazon sellers due to increased consumer spending during the holiday season. By locking up SpacerExpress LLC's capital during this vital period, Defendant's actions severely hindered SpacerExpress LLC's ability to replenish inventory, respond to demand surges, and capitalize on peak sales opportunities, exacerbating the financial impact of the Defendant's misconduct.
5. Punitive damages for Defendant's willful and fraudulent conduct.
6. Attorneys' fees, costs, and expenses pursuant to 15 U.S.C. §1117(a).
7. An order requiring Defendant to transfer all rights and permissions related to the Amazon Brand Registry for "South Beach SkinLab" to Side Fold Media Inc.
8. Any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Dated: 3/1/25

Respectfully submitted,

SpacerExpress LLC
By: Isaac Inyang, Representative
1 Donlonton Circle
Chesterfield, NJ 08515
Email: inyangsc@gmail.com
Phone: 609-334-1165

*Isaac Inyang*
3/1/25