UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPACEREXPRESS AND SIDE FOLD
MEDIA, INC,

    *Plaintiffs*,

v.   No. 8:25-CV-510-JLV-CPT

PARS TEAM LLC, UMUT SUBASI,
AND AMAZON.COM, INC.,

    *Defendants*.

---

## NOTICE OF RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." But for removal cases, the parties need not identify the original state-court proceeding in this Notice. Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: August 4, 2025.

                                                         Respectfully submitted,

*/s/Terry M. Sanks*
Terry M. Sanks
Florida Bar No.: 0154430
Liandra Izquierdo
Florida Bar No.: 1033468
BEUSSE SANKS, PLLC
612 E. Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone:   (407) 644-8888
eService E-mail:
litigation@firstiniplaw.com
Secondary E-mail:
tsanks@firstiniplaw.com;
lizquierdo@firstiniplaw.com

***Attorneys for Plaintiffs***
***SPACEREXPRESS LLC and SIDE FOLD MEDIA, INC.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on the 4th day of August, 2025 with the Clerk of Court and all

counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                              */s/ Terry M. Sanks*
                              Terry M. Sanks, Esq